**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JACKIE ADAMS f/k/a JACKIE PATE,   CASE NO.: 8:17-cv-01807-CEH-MAP

    Plaintiff,

vs.

U.S. BANK, NATIONAL ASSOCIATION,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**COMES NOW**, Plaintiff, **JACKIE ADAMS f/k/a JACKIE PATE** ("Plaintiff"), by and through undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff and Defendant, **U.S. BANK, NATIONAL ASSOCIATION**, have come to an amicable settlement agreement.

Date: **December 12, 2017**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ Christopher W. Boss
    Christopher W. Boss, Esq.
    FL Bar No.: 13183
    Boss Law
    Service Email: CPservice@bosslegal.com
    9887 4th Street N., Suite 202
    St. Petersburg, FL 33702
    Phone: (727) 471-0039
    Fax: (727) 471-1206
    Counsel for Plaintiff