Case 8:17-cv-01807-CEH-MAP  Document 21  Filed 01/03/18  Page 1 of 1 PageID 89

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACKIE ADAMS,

     Plaintiff,

v.                                 Case No: 8:17-cv-1807-T-36MAP

U.S. BANK NATIONAL ASSOCIATION,

     Defendant.

_____/

## O R D E R

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 20).  In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)     The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 20).

    2)     This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)     The Clerk is directed to close this case.

    **DONE AND ORDERED** in Tampa, Florida on January 3, 2018.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record